**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>MELEXIS GMBH and G.L. KAYSER AIRFREIGHT SERVICES GMBH,<br><br>                Defendants. | Civ. No. 07-1018 (DRD)<br><br>**O R D E R** |

This matter having come before the Court on the individual motions of Defendant Melexis GmbH and Defendant G.L. Kayser Airfreight Services GmbH to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2); and the Court having considered the submissions and oral arguments of the parties; and for the reasons set forth in the opinion of even date,

IT IS on this 16th day of October, 2007, hereby ORDERED that Defendants' motions to dismiss are GRANTED, and Plaintiff's Amended Complaint is hereby dismissed without prejudice.

                                                  /s/ Dickinson R. Debevoise
                                                  DICKINSON R. DEBEVOISE, U.S.S.D.J.